# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 1/6/2022
Case: 1:18−bk−04099−HWV     Form ID: pdf010     Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Michelle Ghidotti | bknotifications@ghidottiberger.com |
| aty | Richard Postiglione | bankruptcy@friedmanvartolo.com |
| aty | Tracy Lynn Updike | tlupdike@mette.com |

TOTAL: 4